UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALICE N. FULK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00297-JPH-MJD |
| | ) | |
| HERMAN FOOD AND GAS INC. | ) | |
| d/b/a QUICK PICK SOUTH, | ) | |
| HARDEEP SINGH, | ) | |
| | ) | |
| Defendants. | ) | |

**SHOW CAUSE ORDER**

On August 16, 2021, Plaintiff, Alice Fulk, filed an amended complaint against Defendants Herman Food and Gas Inc. and Hardeep Singh.  Dkt. 8. Defendant, Hardeep Singh, filed a notice of appearance indicating that he wished to proceed *pro se* on behalf of both defendants, dkt. 10, and answered the amended complaint, dkt. 9.

However, while Mr. Singh has indicated that he is the President and Owner of Herman Food and Gas Inc. and that he wishes to represent both himself and the corporation, *see* dkt. 10, "[a] corporation is not permitted to litigate in federal court unless it is represented by a lawyer licensed to practice in that court."  *United States v. Hagerman*, 545 F.3d 579, 581 (7th Cir. 2008); *see also* 28 U.S.C. § 1654 (requiring parties to "plead and conduct their own cases personally or by counsel").

Furthermore, the signature on these documents does not match the name on the electronic filing account.  Federal Rule of Civil Procedure 5(d)

1

requires that "a filing made through a person's electronic filing account" contains "that person's name on the signature block."  *See* Fed. R. Civ. P. 5(d)(3)(C); *see also* Ind. L. R. 5-7 (requiring that documents filed through a person's electronic filing account contain the person's name on a signature block).

Mr. Singh has **through September 24, 2021**, in which to **show cause** why the documents should not be stricken.

**SO ORDERED.**

Date: 8/25/2021

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Robert Peter Kondras, Jr.
HASSLER KONDRAS MILLER LLP
kondras@hkmlawfirm.com

Hardeep Singh
7996 N. State Road 59
Brazil, IN 47834

Eric Somheil
8842 N. Murphy Road
Brazil, IN 47834